**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jason SIMPSON, Defendant–Appellant.**

**No. 12–13481**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 19, 2013.

Jerusha T. Adams, George L. Beck, Jr., U.S. Attorney, Tommie Brown Hardwick, John T. Harmon, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Daniel G. Hamm, Law Office of Daniel G. Hamm, PC, Montgomery, AL, Jason Simpson, FCI Yazoo City Medium–Inmate Legal Mail, Yazoo City, MS, for Defendant–Appellant.

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Daniel G. Hamm, appointed counsel for Jason Simpson in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED,** and the revocation of Simpson's supervised release and his sentence are **AFFIRMED.**